McMURRAY, Appellant, v. McMURRAY, Respondent.

(No. 4,166.)

(Submitted June 3, 1920. Decided June 25, 1920.)

[190 Pac. 924.]

*Husband and Wife—Marriage—Annulment—Alimony, Suit Money and Attorney's Fee—Extent of Power of District Court.*

1. In annulment proceedings the trial court may allow defendant wife temporary alimony, suit money and attorney's fees to enable her to defend, its power in that behalf continuing while the validity of the marriage remains in doubt, that is, while the suit is pending, whether in the district court or in the supreme court on appeal, and ending on entry of final decree in favor of plaintiff.

*Appeal from District Court, Chouteau County; John W. Tattan, Judge.*

ANNULMENT PROCEEDINGS by Willis A. McMurray against Bessie L. McMurray. From an order awarding defendant temporary alimony, suit money and attorney's fees, plaintiff appeals. Affirmed.

*Mr. H. S. McGinley,* for Appellant, submitted a brief and argued the cause orally.

*Messrs. Stranahan & Stranahan* and *Mr. C. W. Wiley,* for Respondent, submitted a brief.

MR. JUSTICE MATTHEWS delivered the opinion of the court.

Plaintiff having commenced annulment proceedings, the court, on application of the defendant, awarded her temporary alimony, suit money and attorney's fees necessary to enable her to defend. The plaintiff appeals, challenging the jurisdiction of the court to make such an order in an annulment proceeding.

The question thus raised was disposed of contrary to the [1] contention of plaintiff in the case of *State ex rel. Wooten* v. *District Court,* 57 Mont. 517, 189 Pac. 233. However, as the power of the court exists only while the validity of the marriage continues in doubt, or, as was said in the *Wooten Case,* while "the annulment suit is pending, whether in the district court, or in this court on appeal," the allowance, under the order, will cease upon the final entry of a decree in favor of the husband.

The order of the district court of Chouteau county is affirmed.

*Affirmed.*

MR. CHIEF JUSTICE BRANTLY and ASSOCIATE JUSTICES HOLLOWAY, HURLY and COOPER concur.